IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PEACOCK AUTOMOTIVE, LLC,     ) | |
|                                             ) | |
|            Plaintiff          ) | |
|                                             ) | |
| v.                                       ) | CIVIL ACTION FILE |
|                                             ) | No. 4:18-cv-00060-WTM-GRS |
| FCA US LLC,                 ) | |
|                                             ) | |
|            Defendant      ) | |

**JOINT MOTION TO STAY**

The parties file this Joint Motion to Stay and state:

1. The parties have reached a conditional agreement to resolve the above-referenced litigation in its entirety that is subject to the satisfaction of certain external conditions and consummation of certain transactions by non-parties.

2. The parties reasonably anticipate that it may take up to seventy-five (75) days for the external conditions to be satisfied and non-party transactions to be consummated, at which time, the parties intend to file a stipulation of dismissal with prejudice of the pending litigation.

3. Pending before the Court are Defendant's Motion to Dismiss Amended Complaint (Doc. 23) and Motion to Stay Discovery and Disclosures (Doc. 33) as well as the parties' Joint Rule 26(f) Report (Doc. 31) setting out certain discovery objections and requests for extensions.

4. In light of the expected resolution of this litigation, and in the interests of efficiencies and judicial economy, the parties jointly request that the Court stay all proceedings, including, without limitation, any determination or consideration of Defendant's Motion to Dismiss Amended Complaint (Doc. 23) and Motion to Stay Discovery and Disclosures (Doc. 33)

and the entry of any pre-trial schedule, for a period of seventy-five (75) days to allow the parties to finalize the resolution of this litigation.

Wherefore, for the reasons stated above, the parties jointly move for entry of an Order staying this proceeding for a period of seventy-five (75) days.

Respectfully submitted this 21st day of August, 2018.

| | |
|---|---|
| s/ R. Craig Spickard | /s/ George W. Mykulak |
| John W. Forehand (*Admitted Pro Hac Vice*) | George W. Mykulak (*pro hac vice*) |
| R. Craig Spickard (*Admitted Pro Hac Vice*) | Nolan J. Mitchell (*pro hac vice*) |
| KURKIN FOREHAND BRANDES LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| 315 South Calhoun Street, Suite 850 | One Post Office Square, 30th Floor |
| Tallahassee, Florida 32301 | Boston, Massachusetts 02109 |
| (850) 391-5060 | (617) 217-4631 |
| (850) 391-2645 (facsimile) | (617) 217-4710 (facsimile) |
| jforehand@kfb-law.com | george.mykulak@nelsonmullins.com |
| cspickard@kfb-law.com | nolan.mitchell@nelsonmullins.com |
| | |
| Timothy D. Roberts (GA Bar No. 609795) | Andy Bertron (*pro hac vice*) |
| William J. Hunter (GA Bar No. 141288) | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| OLIVER MANER, LLP | 3600 Maclay Blvd. South |
| 218 West State Street | Suite 202 |
| P.O. Box 10186 | Tallahassee, FL 32312 |
| Savannah, Georgia 31412 | (850) 907-2500 |
| (912) 236-3311 | (850) 907-2501 (facsimile) |
| (912) 236-8725 (facsimile) | andy.bertron@nelsonmullins.com |
| troberts@olivermaner.com | |
| bhunter@olivermaner.com | |
| | |
| John M. Brennan (*Admitted Pro Hac Vice*) | Richard K. Hines, V |
| GRAYROBINSON, P.A. | Georgia Bar No. 356300 |
| 301 East Pine Street, Suite 1400 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Orlando, Florida 32802 | 201 17th Street, NW, Suite 1700 |
| (407) 843-8880 | Atlanta, GA  30363 |
| (407) 244-5690 (facsimile) | (404) 322-6000 |
| jay.brennan@gray-robinson.com | (404) 322-6050 (facsimile) |
| | richard.hines@nelsonmullins.com |
| *Attorneys for Plaintiff* | |
| | *Attorneys for Defendant* |

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on August 21, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              /s/ R. Craig Spickard