IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PEACOCK AUTOMOTIVE, LLC, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | CIVIL ACTION FILE No. 4:18-cv-00060-WTM-GRS |
| FCA US LLC, | ) ) | |
| Defendant | ) ) ) | |

## ORDER GRANTING JOINT MOTION TO STAY

BEFORE THE COURT is the parties' Joint Motion to Stay. Specifically, the parties seek a stay of this proceeding, including a stay of any determination or consideration of Defendant's pending Motion to Dismiss Amended Complaint (Doc. 23) and Motion to Stay Discovery and Disclosures (Doc. 33) or the entry of any pre-trial schedule, for a period of seventy-five (75) days.

For good cause shown, the Joint Motion to Stay is GRANTED. Unless the parties jointly request an extension of the stay, the Court will lift the stay upon the earlier of (1) the date that is seventy-five (75) days from the date of this Order or (2) a motion from one of the parties setting forth good cause as to why the stay should be lifted.

*SO ORDERED, THIS* 22nd *DAY OF* August, 2018.

Hon. G.R. Smith, Magistrate Judge
Southern District of Georgia

{00455318.1 }