# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| PEACOCK AUTOMOTIVE, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV418-060 |
| FCA US LLC, | ) | |
| Defendant. | ) | |

## ORDER

The parties' settlement negotiations having broken down, the stay of proceedings is **LIFTED**. The parties are **ORDERED** to meet and confer to agree upon a proposed scheduling within 10 days of service of this Order. Their joint proposed Order shall be filed within 21 days of service of this Order.

**SO ORDERED,** this __15th__ day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA