# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| PEACOCK AUTOMOTIVE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV418-060 |
| FCA US LLC, | ) ) ) |
| Defendant. | ) |

# ORDER

The parties have jointly informed the Court that they have reached a tentative mutually-agreeable resolution of this case. Doc. 47. In order to implement that resolution, they seek a 60-day stay of all pending deadlines. *Id.* The Court **GRANTS** their joint request. All deadlines in this case are **STAYED** for 60 days.

**SO ORDERED,** this 19th day of February, 2019.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA